1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
   Facsimile:    (559) 513-8530
4  carol@yosemitelawyer.com

5  Attorney for Defendant,
   RITA ANN-MARIE LOUIS
6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9

10 | UNITED STATES OF AMERICA,         )   CASE NO. 1:20-cr-00175-10-DAD
                                       )
11 |          Plaintiff,                )   REQUEST TO SCHEDULE DEFENDANT
                                       )   RITA ANN-MARIE LOUIS FOR
12 | vs.                                )   ARRAIGNMENT ON THE INDICTMENT
                                       )
13 |                                    )
                                       )
14 | RITA ANN-MARIE LOUIS,              )
                                       )   Judge: Hon. Barbara A. McAuliffe
15 |                                    )   Date:  October 26, 2020 (Proposed)
              Defendant.                )   Time:  2:00 PM
16 | _____)

17

18   Defendant, RITA ANN-MARIE LOUIS, through her Attorney of Record, CAROL ANN

19 MOSES, hereby requests that Defendant Louis appear before this Court on October 26, 2020 at

20 2:00 PM to be arraigned on the Indictment filed October 1, 2020. Ms. Louis respectfully requests

21 that she may appear by Zoom from her current residence in Washington State due to the COVID-

22 19 pandemic.

23   Assistant United States Attorney Katherine Schuh is aware of this request and stipulates to

24 the above proposed date and time.

25   Ms. Louis is charged by indictment with violating 21 U.S.C. §§ 846, 841(a)(1), and

26 841(b)(1)(A) - Conspiracy to Distribute Controlled Substances (Methamphetamine and Fentanyl)

27 and 21 U.S.C. § 853(a) - Criminal Forfeiture.

28 ///

REQUEST TO SCHEDULE DEFENDANT
FOR ARRAIGNMENT ON THE INDICTMENT
1

1   Defendant Louis was arraigned on the Complaint in Washington State on November 30, 2020. The Western District of Washington held a Detention Hearing on Ms. Louis' matter on October 13, 2020 during which Ms. Louis was released from custody and her case was transferred from the Western District of Washington to the Eastern District of California. She has yet to be arraigned on the Indictment before this Court.

Ms. Louis respectfully requests to come before this Court on October 26, 2020 at 2:00 PM for Arraignment on the Indictment. Additionally, Ms. Louis requests that she may appear by Zoom from her current residence in Washington State in the interest of the health of all parties due to the COVID-19 pandemic.

Dated: October 23, 2020              /s/*Carol Ann Moses*
                                     CAROL ANN MOSES
                                     Attorney for Defendant
                                     RITA ANN-MARIE LOUIS

Dated: October 23, 2020              /s/*Katherine Schuh*
                                     KATHERINE SCHUH
                                     Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, the above request that the Arraignment on the Indictment as to Defendant RITA ANN-MARIE LOUIS in Case No. 1:20-cr-00175-10-DAD be placed on calendar on **October 26, 2020 at 2:00 PM** is hereby granted. Additionally, Defendant Louis is permitted to appear by Zoom from Washington State due to the COVID-19 pandemic.
IT IS SO ORDERED.

Dated:   **October 23, 2020**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE