1 **CAROL ANN MOSES  #164193**
Attorney at Law
2 7636 N. Ingram Ave., #104
Fresno, California  93711
3 Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
4 carol@yosemitelawyer.com

5 Attorney for Defendant,
RITA ANN-MARIE LOUIS
6
7                              UNITED STATES DISTRICT COURT

8                               EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-00175-10-DAD |
|---|---|---|
| | ) | |
11 | Plaintiff, | ) | REQUEST FOR MODIFICATION OF |
| | ) | THE PRETRIAL RELEASE CONDITION |
12 | | ) | OF THE LOCATION MONITORING |
| vs. | ) | COMPONENT AND [PROPOSED] |
13 | | ) | ORDER THEREON |
| | ) | |
14 | RITA ANN-MARIE LOUIS, | ) | |
| | ) | Judge: Hon. Barbara A. McAuliffe |
15 | | ) | |
| Defendant. | ) | |
16 |_____ | ) | |

17

18        IT IS HEREBY REQUESTED that a Pretrial Release Modification be granted to allow a

19 change in the location monitoring component of Defendant RITA ANN-MARIE LOUIS' Pretrial

20 Release Conditions. It is respectfully requested that Ms. Louis' location monitoring program be

21 modified from the Smartlink Mobile Application to the Active Global Positioning Satellite

22 Technology ankle monitor.

23        The Western District of Washington held a Detention Hearing on Ms. Louis' matter on

24 October 13, 2020 during which Ms. Louis was released from custody with release conditions. Ms.

25 Louis was ordered to participate in location monitoring program through the Smartlink Mobile

26 Application with a curfew component. With Smartlink, Ms. Louis is required to respond to alerts

27 within 15 minutes and submit to a facial recognition check-in. She is restricted to her residence

28 from 9:00 PM until 6:00 AM each day.

1       Due to internet issues, Ms. Louis did not receive all alerts sent to her. The unanswered

2 alerts alarmed the Location Monitoring Specialist, Julie Janse and the Pretrial Services Officer,

3 Lisa Combs. As a result of the unanswered alerts, Ms. Louis has not been in full compliance with

4 the Smartlink Mobile Application. It is the opinion of Ms. Louis' Washington Location

5 Monitoring Officer, Julie Janse and Washington Pretrial Services Officer Lisa Combs that a

6 modification of the location monitoring component technology is in order due to these

7 circumstances. It is also believed the ankle monitor is more reliable than the phone app alerts.

8       It is requested that Ms. Louis' location monitoring program be modified from the

9 Smartlink Mobile Application to the Active Global Positioning Satellite Technology ankle

10 monitor. Ms. Louis' California Pretrial Services Officer will coordinate with Washington Pretrial

11 Services Officer Lisa Combs in order to ensure the new location monitoring component is

12 successfully used.

13       The proposed modification of the location monitoring component of the Pretrial Release

14 Conditions for Ms. Louis is changing her location monitoring program is as follows:

15       The defendant shall participate in the location monitoring program with Active Global

16 Positioning Technology and comply with a curfew as directed by the location monitoring

17 specialist. The defendant shall abide by all program requirements, and must contribute towards

18 the costs of the services, to the extent financially able, as determined by the location monitoring

19 specialist.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

The requested modification is from:

SMARTLINK MOBILE APPLICATION

TO:

ACTIVE GLOBAL POSITIONING SATELLITE

All other terms and conditions of Pretrial Release will stay in the same force and effect.


Dated: October 26, 2020                      /s/*Carol Ann Moses*
                                             CAROL ANN MOSES
                                             Attorney for Defendant
                                             RITA ANN-MARIE LOUIS


### [PROPOSED] ORDER

GOOD CAUSE APPEARING, the above request that conditions of Pretrial Release as to Defendant RITA ANN-MARIE LOUIS in Case No. 1:20-cr-00175-10-DAD are modified as follows:

1. The location monitoring component technology for Ms. Louis will be modified from the Smartlink Mobile Application to Active Global Positioning Satellite.
2. The defendant shall participate in the location monitoring program with Active Global Positioning Technology and comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.
3. All other Pretrial Conditions of Release will remain in full force and effect.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **October 26, 2020**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE