IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>RITA ANN-MARIE LOUIS,<br><br>　　　　　　　Defendant. | Case No. 1:20-CR-0175-DAD-BAM<br><br>ORDER FOR DEFENDANT TO SELF-SURRENDER |

　　　On November 6, 2020, Defendant was detained following arraignment on a petition for pretrial supervised release.

　　　IT IS HEREBY ORDERED that the defendant RITA ANN-MARIE LOUIS shall self-surrender to the U.S. Marshals, not later than 9:00 AM on Monday, November 9, 2020, located at:

　　　United States Courthouse
　　　700 Stewart Street, Room 10101
　　　Seattle, WA 98101-1271

IT IS SO ORDERED.

　　　Dated:　**November 6, 2020**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE