**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:20-CR-00175 |
| **RITA LOUIS** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: Rita Ann-Marie Louis
Detained at: Federal Detention Center, SeaTac,
Detainee is:   a.)  ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
            charging detainee with: Conspiracy to Distribute Controlled Substances
   or   b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)  ☐ return to the custody of detaining facility upon termination of proceedings
   or   b.)  ☒ be retained in federal custody until final disposition of federal charges

*Appearance is necessary FORTHWIH] in the Eastern District of California.*

Signature: _(signed)_
Printed Name & Phone No: Kathleen A. Servatius
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 12/2/20         _(signed)_
                       Honorable Erica P. Grosjean
                       U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Rita Ann-Marie Louis | ☐ Male ☒ Female | |
| Booking or CDC #: | 401959 Louis-R-WA | DOB: | 01/18/91 |
| Facility Address: | 2425 South 200th Street, Seattle WA | Race: | W |
| Facility Phone: | | FBI#: | 364077LDS |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

_____
(signature)