# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RITA ANN-MARIE LOUIS,<br><br>　　　　　　Defendant. | Case No.  1:20-cr-00175-DAD-BAM<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW<br><br>(ECF No. 145) |

　　　　On April 9, 2021, Defendant Rita Ann-Marie Louis filed a motion for bail review.  (ECF No. 145.)  On April 14, 2021, the Court held a hearing on Defendant's motion via video. Defendant appeared in custody with counsel Carol Moses.  Counsel Katherine Schuh appeared on behalf of the Government.  Having considered the moving papers and the arguments presented at the April 14, 2021 hearing, the Court shall deny Defendant's motion for bail review.

　　　　A bail hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community."  18 U.S.C. § 3142(f).

　　　　First and foremost, the Court finds that Defendant has not shown that information exists that was not known at the time of the bail hearing as required for reopening the hearing under

1

section 3142(f) as stated on the record.  Alternatively, had there been new information consistent with section 3142(f), the Court finds that the conditions offered by Defendant do not reasonably address the danger to the community that would be posed by the release of Defendant on bail.

For these reasons and the reasons stated on the record, Defendant's proposed new conditions, along with the additional conditions, do not ensure the Defendant's appearance or the safety of the community.  Therefore, Defendant's motion for bail review and release on conditions is DENIED.

IT IS SO ORDERED.

Dated:   **April 14, 2021**

UNITED STATES MAGISTRATE JUDGE