PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RITA ANN-MARIE LOUIS,<br><br>Defendant. | CASE NO. 1:20-CR-00175-ADA-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE AS TO RITA LOUIS AND SET CASE FOR CHANGE OF PLEA AND ORDER THEREON<br><br>Court: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on August 9, 2023, at 1:00 p.m.

2. By this stipulation, defendant now moves to vacate the status conference as to RITA ANN-MARIE LOUIS and to **set the case for a change of plea hearing on June 5, 2023 at 8:30 a.m.** before the Hon. Ana de Alba. The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing. In addition, the public health concerns cited by General Orders 611, 612, 617, 618, and 620 and subsequent general orders presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because counsel or other relevant individuals have been encouraged to telework and minimize personal contact to the greatest extent possible.

STIPULATION TO CONTINUE                                                    1

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case includes case includes voluminous investigative reports, wire interceptions recordings and electronic messages, precise location information data, and cellular phone downloads, totaling thousands of pages of discovery and several gigabytes of electronic data.

    b) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) The government does not object to the continuance.

    d) Time has already been excluded up to and including the scheduled status conference on August 9, 2023.

IT IS SO STIPULATED.

Dated: May 8, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: May 8, 2023

/s/ *Carol Moses*
Attorney for Defendant Rita Louis

IT IS SO ORDERED.

Dated:   May 8, 2023

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE

2