CAROL ANN MOSES #164193
ATTORNEY AT LAW
510 EAST CORAL POINTE
FRESNO, CA 93730
TELEPHONE: (559) 240-5456

carol@yosemitelawyer.com

Attorney for Defendant
RITA ANN-MARIE LOUIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>RITA ANN-MARIE LOUIS<br><br>      Defendant. | CASE NO.  1:20-CR-00175 ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING TO NOVEMBER 20,2023; ORDER<br><br><br>Date: September 25, 2023<br>Time: 8:30 a.m.<br>Dept: Honorable Ana de Alba |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Justin J. Gilio, counsel for plaintiff, and Attorney Carol Moses, counsel for Rita Ann-Marie Louis, that the sentencing currently scheduled for September 25, 2023 at 8:30 a.m. be continued to November 20, 2023 at 8:30 a.m. There is good cause to continue the sentencing in this matter as defense counsel is pursuing mitigation issues relevant to sentencing.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By this stipulation, the parties now move to continue the current sentencing date of September 25, 2023 at 8:30 a.m., to November 20, 2023 at 8:30 a.m.

2.  Counsel for Defendant Rita Ann-Marie Louis believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation of mitigating evidence for sentencing, taking into account the exercise of due diligence.

.

3.      The government does not object to the requested proposed continuance.

Respectfully submitted,


Dated:  September 10, 2023                    PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ Justin Gilio
                                              Justin Gilio
                                              Assistant United States Attorney

Dated:  September 10, 2023                    /s/Carol Moses
                                              Carol Moses
                                              Counsel for Defendant
                                              Rita Ann-Marie Louis



ORDER

        The Court finding Good Cause and based on the above Motion to Continue and Stipulation by

the Parties, hereby grants the Motion and continues the Sentencing in Case Number 1:20CR00175 of

Defendant Rita Ann-Marie Louis to November 20, 2023 at 8:30 a.m.



IT IS SO ORDERED.

    Dated:   September 12, 2023          _____
                                         UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28