CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:   (559) 779-2315
Facsimile:   (559) 442-1567

Attorney for Defendant
Rita Ann-Marie Louis

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court Case#:  1:20-CR-00175 |
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| Rita Ann-Marie Louis Defendant. | |

On September 16, 2026 , petition for violation of supervised release was filed against Defendant Rita Ann-Marie Louis.  CJA Panel Attorney Yan E. Shrayberman was appointed as trial counsel to represent Rita Ann-Marie Louis on October 2, 2026 on the violation of supervised release. Mrs. Louis was sentenced following admission to the violation of supervised release on March 9, 2026. No appeal was filed and the date to file an appeal has passed. Mrs. Louis was in custody at sentencing. The trial phase of Mrs. Louis 's criminal case has, therefore, come to an end. Having completed his representation of Mrs. Louis, CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.

Should Mrs. Louis require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA  93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: March 25, 2026

CROWN LAW FIRM
/s/ Yan E. Shrayberman
YAN E. SHRAYBERMAN
Attorney for Defendant
Rita Ann-Marie Louis

### ORDER

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Rita Ann-Marie Louis 's status and contact information.

Rita Ann-Marie Louis
PO Box 872
Fresno, CA 93712

**IT IS SO ORDERED.**

Dated: March 25, 2026

_____
Troy L. Nunley
Chief United States District Judge